1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9   OLIVER VANN,                              1:07-cv-01238-LJO-SMS (PC)

10        Plaintiff,                          ORDER TO SUBMIT APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS
11        vs.                                 **OR** PAY FILING FEE

12  D. HERNANDEZ, et al.,

13        Defendants.
    _____/
14

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16  1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17  pauperis pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20  pauperis.

21        2.  Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a

22  completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for

23  this action.   Failure to comply with this order will result in a recommendation that this action be

24  dismissed.

25

26  IT IS SO ORDERED.

27  **Dated:    August 29, 2007**            _____ **/s/ Sandra M. Snyder** _____
                                             UNITED STATES MAGISTRATE JUDGE
28