IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER VANN, | 1:07-cv-01238 LJO SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO PAY FILING FEE |
| vs. | (DOCUMENT #5) |
| D. HERNANDEZ, et al., | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

On September 19, 2007, plaintiff filed a motion to extend time to pay $350.00 civil filing fee. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to pay his filing fee. In the alternative, plaintiff may file an application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   October 5, 2007**          /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE