# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER VANN, | CASE NO. 1:07-cv-01238-LJO-SMS PC |
| Plaintiff, | ORDER VACATING ORDER TO SHOW CAUSE |
| v. | (Doc. 15) |
| D. HERNANDEZ, et al., | |
| Defendants. | |

On March 19, 2009, the Court issued an order requiring Plaintiff Oliver Vann to show cause why this action should not be dismissed based on his failure to effect service of process on Defendants Hernandez, Melendez, and McBride ("Defendants"). Fed. R. Civ. P. 4(m). On March 20, 2009, Defendants filed an answer to Plaintiff's amended complaint.

Based on Defendants' appearance in this action, the order to show cause is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   March 26, 2009**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1