UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER VANN, | CASE NO. 1:07-cv-01238-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS |
| v. | |
| D. HERNANDEZ, et al., | (Doc. 25) |
| Defendants. | ORDER GRANTING DEFENDANTS' MOTIONS FOR AN EXTENSION OF THE PRETRIAL DISPOSITIVE MOTION DEADLINE AND TO MODIFY THE SCHEDULING ORDER, AND VACATING MOTION DEADLINE PENDING RESOLUTION OF MOTION TO COMPEL AND FOR SANCTIONS |
| / | (Docs. 25 and 27) |

    Plaintiff Oliver Vann, a state prisoner proceeding pro se, filed this civil rights action on August 24, 2007, pursuant to 42 U.S.C. § 1983 and California law.  This action is proceeding on Plaintiff's amended complaint, filed April 25, 2008, against Defendants Melendez, Hernandez, and McBride for use of excessive force, denial of equal protection, and retaliation.  The events at issue in this action allegedly occurred in 2006 while Plaintiff was housed at Pleasant Valley State Prison in Coalinga, California.

    On December 7, 2009, Defendants filed a motion to compel discovery responses and for sanctions.  Plaintiff failed to respond to the motion.  Local Rule 230(l).  Plaintiff is required to file a response to Defendants' motion to compel and for sanctions within thirty days.

1

In their motion to compel and for sanctions, Defendants seek an extension of the deadline for filing pretrial dispositive motions pending a ruling on their motion, and request that the deadline be extended two months past when Plaintiff serves the discovery responses they seek. On January 15, 2010, Defendants filed a motion seeking to modify the scheduling order to extend the deadline to April 12, 2010, in light of Defendant Hernandez's extended absence from work due to disability.

Defendants' motions shall be granted, and the pretrial dispositive motion deadline of January 25, 2010, shall be vacated pending resolution of Defendants' motion to compel and for sanctions. If necessary following resolution of Defendants' motion to compel and for sanctions, a new deadline will be set and will accommodate Defendants' need for the discovery they seek in their motion to compel.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to compel and for sanctions within **thirty (30) days** from the date of service of this order;

2. The failure to respond to Defendants' motion in compliance with this order will result in the imposition of sanctions deemed appropriate by the Court, which may include dismissal of this action with prejudice;

3. Defendants' motion to extend the pretrial dispositive motion deadline, filed December 7, 2009, and motion to modify the scheduling order, filed January 15, 2010, are GRANTED; and

4. The pretrial dispositive motion deadline of January 25, 2010, is VACATED pending resolution of Defendants' motion to compel and for sanctions.

IT IS SO ORDERED.

**Dated:   January 22, 2010**                      /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE