# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER VANN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. HERNANDEZ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01238-LJO-SMS PC<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL, RELIEVING PLAINTIFF OF OBLIGATION TO RESPOND, AND SETTING AMENDED PRETRIAL DISPOSITIVE MOTION DEADLINE<br><br>(Doc. 30)<br><br>Dispositive Motion Deadline: 04/12/2010 |

On January 29, 2010, Defendants filed a motion seeking to withdraw their motion to compel, and requesting that the deadline for filing pretrial dispositive motions be set for April 12, 2010.

Good cause having been shown, it is HEREBY ORDERED that:

1. Defendants' motion to withdraw their motion to compel filed on December 7, 2010, is GRANTED;

2. Plaintiff is relieved from filing a response to the motion to compel as ordered by the Court on January 25, 2010; and

3. The pretrial dispositive motion deadline is set for April 12, 2010.

IT IS SO ORDERED.

**Dated:   February 4, 2010**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1