# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER VANN,<br><br>                  Plaintiff,<br><br>        v.<br><br>D. HERNANDEZ, et al.,<br><br>                  Defendants.<br>_____/ | CASE NO. 1:07-cv-01238-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 32) |

Plaintiff Oliver Vann, a state prisoner proceeding pro se, filed this civil rights action on August 24, 2007, pursuant to 42 U.S.C. § 1983 and California law. This action is proceeding on Plaintiff's amended complaint, filed April 25, 2008, against Defendants Melendez, Hernandez, and McBride for use of excessive force, denial of equal protection, and retaliation.

On March 23, 2010, Defendants filed a motion for summary judgment. Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l). Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **thirty (30) days** from the date of service of this order; and

///
///
///
///

1

2.  The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:  June 24, 2010                             /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE