1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   OLIVER VANN,                          CASE NO. 1:07-cv-01238-LJO-SMS PC

10                    Plaintiff,          ORDER REQUIRING PLAINTIFF
                                          TO FILE OPPOSITION OR STATEMENT
11          v.                            OF NON-OPPOSITION TO DEFENDANTS'
                                          MOTION FOR SUMMARY JUDGMENT
12   D. HERNANDEZ, et al.,                WITHIN THIRTY DAYS

13                    Defendants.
                                    /
14

15          On June 25, 2010, Plaintiff was ordered to file a response to Defendants' motion for

16   summary judgment within thirty days.  Local Rule 230(l).  To date, Plaintiff has not complied with

17   the order.

18          The first informational order and the second informational order were not issued in this case.

19   For that reason, the orders will now be issued.  Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th

20   Cir. 1988) (notice to pro se litigants of requirements for opposing summary judgment notice is

21   required).  Plaintiff is granted an additional thirty days to file his opposition or statement of non-

22   opposition to Defendants' motion.  If Plaintiff fails to file an opposition or a statement of non-

23   opposition within thirty days from the date of service of this order, this action will be dismissed, with

24   prejudice, for failure to prosecute.

25

26   IT IS SO ORDERED.

27   **Dated:    September 20, 2010**          _____/s/ Sandra M. Snyder_____
                                               UNITED STATES MAGISTRATE JUDGE
28

1